UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6658

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY GRANDISON,

Defendant - Appellant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(CR-83-200-WDQ)

Submitted:  August 20, 2004      Decided:  September 15, 2004

Before WILKINSON, NIEMEYER, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Grandison, Appellant Pro Se.  Juliet Ann Eurich, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony Grandison appeals the district court's order entered in accordance with the mandate in <u>United States v. Grandison</u>, No. 03-6465 (4th Cir. Dec. 31, 2003) (unpublished). We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>